UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPRA JAIN,<br><br>            Plaintiff,<br><br>    v.<br><br>UNILODGERS, INC., et al.,<br><br>            Defendants. | Case No. 21-cv-09747-TSH<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 72, 73 |

In ECF Nos. 72 and 73, Plaintiff filed administrative motions to consider whether another party's material should be sealed, both concerning Defendants' materials. In ECF No. 84, Defendants state that they do not seek sealing of any portion of ECF Nos. 72 and 73. Accordingly, the Court **ORDERS** that ECF Nos. 72 and 73 shall be **UNSEALED** in their entirety. Plaintiff shall file the documents contained in ECF. Nos. 72 and 73 on the public docket no later than February 7, 2024.

**IT IS SO ORDERED.**

Dated: January 31, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge