UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPRA JAIN,<br><br>            Plaintiff,<br><br>v.<br><br>UNILODGERS, INC., et al.,<br><br>           Defendants. | Case No. 21-cv-09747-TSH<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 81, 84 |

In ECF No. 81, Plaintiff filed a motion to consider whether another party's material should be sealed, saying that Defendants may claim certain materials are confidential. In ECF No. 84, Defendants propose certain redactions to the materials in ECF No. 81. Defendants' proposed redactions are acceptable. There now needs to be a public redacted version of ECF No. 81 that contains those redactions. Accordingly, the Court **ORDERS** Defendants to implement their proposed redactions on ECF No. 81 and file a redacted version of ECF No. 81 in the public record.

**IT IS SO ORDERED.**

Dated: February 6, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge