**FILED**

May 15 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIPRA JAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNILODGERS, INC.; VAIBHAV VERMA; and DOES 1-10,<br><br>　　　　Defendants.<br><hr>UNILODGERS, INC. and VAIBHAV VERMA,<br><br>　　　　Counter-Plaintiffs,<br><br>　　v.<br><br>SHIPRA JAIN<br><br>　　　　Counter-Defendant. | Case No.:　3:21-cv-09747-TSH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING RESOLUTION OF PLAINTIFF'S APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS**<br><br>SAC Filed: February 16, 2023<br>Trial Date: November 11, 2024 |

## **ORDER**

Pursuant to the parties' Stipulation to Stay Case Pending Resolution of Plaintiff's Appeal to the Ninth Circuit Court of Appeals, and for good cause shown, the Court hereby orders as follows:

(i) this case shall immediately be stayed pending a ruling by the Ninth Circuit Court of Appeals on Plaintiff's appeal of the Order denying Plaintiff's Motion for Preliminary Injunction (Case No. 24-1780) (the "Appeal");

(ii) all currently pending (but not passed) pre-trial and trial dates are hereby vacated;

(iii) the parties shall file periodic joint status reports on the status of the Appeal, the first such report is to be filed on June 30, 2024, and the parties shall file successive joint reports every 30 days thereafter until the stay is lifted; and

(iv) upon issuance of a ruling by the Ninth Circuit Court of Appeals on the Appeal, the parties shall file a joint status report within three (3) business days of the ruling.

IT IS SO ORDERED.

DATED: May 15, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge